ANDREW F. BRIMMER (SB #179146)
MICHAEL B. BROWN (SB #179222)
UZUNMA A. KAS-OSOKA (SB #258616)
STOEL RIVES LLP
10008 SE River Street
Truckee, CA 96161
Telephone: (530) 582-2280
Facsimile: (530) 582-2281

Attorneys for Defendants
MAMMOTH HILLSIDE DEVELOPMENT COMPANY, LLC, and PLAYGROUND DESTINATION PROPERTIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHRISMAN and SARAH ROGERS,<br><br>Plaintiffs,<br><br>v.<br><br>MAMMOTH HILLSIDE DEVELOPMENT COMPANY, LLC, et al.,<br><br>Defendants. | Case No. 2:09-CV-01821-WBS-EFB<br><br>**STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MONO; [PROPOSED] ORDER** |

The parties hereto, by their undersigned counsel, stipulate as follows:

1. On July 1, 2009, Defendants MAMMOTH HILLSIDE DEVELOPMENT COMPANY, LLC and PLAYGROUND DESTINATION PROPERTIES, INC. ("Defendants") removed to this Court (on diversity of citizenship grounds) the action originally filed by Plaintiffs ROBERT CHRISMAN and SARAH ROGERS ("Plaintiffs") on April 9, 2009, in the Mono County Superior Court (Case No.16708).

2. Subsequent to the date of removal of the action to this Court, Plaintiffs and Defendants, through their respective counsel, have agreed to submit and resolve all claims, issues, and disputes raised by the operative Complaint through the general judicial reference procedure set forth in Cal. Civ. Proc. Code sections 638 and 641-645.1.

3. To accomplish the Parties' agreement to resolve their dispute through the above-referenced California statutory procedures, the Parties agree that it is appropriate -- and therefore agree, stipulate, and request -- that the action may and should be remanded back to the Mono County Superior Court.

4. Accordingly, all Parties respectfully request that the Court enter the order below remanding this action to the Superior Court of California for the County of Mono for the purposes of obtaining an appropriate judicial reference order.

5. The Parties shall bear their own costs and attorneys fees, if any, associated with the processing or granting of this Stipulation and request for a remand.

IT SO STIPULATED.

DATED: September 10, 2009

LAW OFFICES OF MICHAEL J. REISER

By: /s/_____
    MICHAEL JOSEPH REISER
    Attorneys for Plaintiffs
    ROBERT CHRISMAN and SARAH ROGERS

DATED: September 23, 2009

STOEL RIVES LLP

By:/s/_____
    ANDREW F. BRIMMER
    Attorneys for Defendants
    MAMMOTH HILLSIDE DEVELOPMENT COMPANY, LLC, and PLAYGROUND DESTINATION PROPERTIES, INC.

**[PROPOSED] ORDER**

Based on the Parties' Stipulation and good cause appearing therefor, this action is hereby remanded to the Superior Court of California for the County of Mono.

IT IS SO ORDERED.

Dated: October 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE